NANCY SCARPA v. CHUBB & SON, INC.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED REED.

June 8, 1982.

Petition for certification denied.   (See 183 *N.J.Super.* 184)

FACULTY ASSOCIATION OF ATLANTIC COMMUNITY
COLLEGE, INC. v. BOARD OF TRUSTEES OF
ATLANTIC COMMUNITY COLLEGE.

June 8, 1982.

Petition for certification denied.